**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.

      Case No. 10-CR-20581

JOHN WILSON

      Defendant(s)
_____/

**ORDER DENYING DEFENDANT'S**
**MOTION FOR BILL OF PARTICULARS**

Pending before the court is Defendant's Motion for a Bill of Particulars (Dkt. #18).

Eastern District of Michigan Local Rules require that a movant in any motion to seek concurrence in motions and, if concurrence is not obtained, to report that a conference between attorneys was held but concurrence was not obtained, or that despite reasonable efforts the movant was unable to conduct such a conference. E.D. Mich. LR 7.1(a). No exception is made for criminal cases. E.D. Mich. LR 1.1(c) ("These rules apply in civil and criminal actions.").

The motion neither mentions nor explains any effort to seek concurrence and to agree upon a result without involving the court. In addition, Defendant acknowledges that the need for particulars may "be obviated by discovery provided by the government." Counsel are fairly tasked to at least try to resolve matters such as these collegially before involving the court.

Accordingly, IT IS ORDERED that Defendant's motion (Dkt. #18) is **DENIED**.

      S/Robert H. Cleland
      ROBERT H. CLELAND
      UNITED STATES DISTRICT JUDGE

Dated: October 15, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 15, 2010, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522