**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 Case No. 10-CR-20581

JOHN WILSON,
LARI ZEKA,

    Defendant.
                                       /

**ORDER STAYING DEFENDANT WILSON'S (1) MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND (2) MOTION FOR BILL OF PARTICULARS**

Before the court are two motions filed by Attorney Scott Neumann, counsel for Defendant John Wilson, on October 13, 2010: (1) a motion to modify conditions of pretrial release and (2) a motion for a bill of particulars. After these motions were filed, the Government filed a motion to disqualify Mr. Neumann from representing Defendant Wilson. The court referred the disqualification motion to Magistrate Judge Mark A. Randon. The court determines that the disqualification motion must be resolved before the two motions filed by Mr. Neumann. Accordingly,

IT IS ORDERED that Defendant Wilson's motion to modify conditions of pretrial release [Dkt. # 24] and for a bill of particulars [Dkt. # 25] are STAYED pending final resolution of the Government's motion to disqualify Mr. Neumann.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated: October 22, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 22, 2010, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522