**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 10-CR-20581

JOHN WILSON,
LARI ZEKA,

    Defendant.
                                                /

**ORDER DENYING DEFENDANT WILSON'S MOTION FOR DISCOVERY**

Before the court is a motion for discovery filed by Attorney Scott Neumann, counsel for Defendant Wilson.

In view of the Government motion to disqualify Mr. Neumann from representing Defendant Wilson that was referred to Magistrate Judge Mark A. Randon, on October 22, 2010, the court entered an order staying two earlier motions filed by Mr. Neumann [Dkt. #36]. A week later, however, Mr. Neumann presented the instant motion seeking immediate voluminous discovery.

It is apparent from the communications appended to the brief in support of the motion that the government intends to provide voluntary document discovery substantially before trial, as is ordinarily done consistent with Rule 16, Fed. R. Crim. P. It is equally apparent to the court that it would be inappropriate to consider this motion or any motion filed by Mr. Neumann while the propriety of his very presence in the case remains open to question.

IT IS ORDERED that Defendant Wilson's motion for discovery [Dkt. # 37] is DENIED without prejudice.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: November 2, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 2, 2010, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522