UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                             Case No. 10-20581

JOHN WILSON,

    Defendant.
                                                             /

**ORDER DENYING WITHOUT PREJUDICE DEFENDANT'S PENDING MOTIONS**

On February 24, 2011, the court issued an order which granted the Government's motion to disqualify Attorney Scott Neumann from representing Defendant John Wilson and gave Defendant until March 29, 2011, to retain new counsel. (2/24/01 Order at 21.) Currently pending on the docket are two motions previously filed by Attorney Neumann on behalf of Defendant: a "Motion to Dismiss," and an "Amended Motion for Bill of Particulars." The court recognizes that Defendant's new counsel may elect to continue the current litigation strategy, or may decide to implement a new strategy. Thus, the court will deny these motions without prejudice to allow Defendant's new counsel an opportunity to review the docket and determine which motions, if any, to pursue. Accordingly,

IT IS ORDERED that Defendant's "Motion to Dismiss" [Dkt. # 45] and "Amended Motion for Bill of Particulars" [Dkt. # 25] are DENIED WITHOUT PREJUDICE.

                                                       s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated: March 10, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 10, 2011, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522
