**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                                   Case No. 10-20581

JOHN WILSON and LARI ZEKA,

      Defendants.
                                                      /

**ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEY
JEFFREY A. COJOCAR AND APPOINTING FEDERAL DEFENDERS OFFICE**

     Before the court is a motion for withdrawal of attorney, filed by Jeffrey A. Cojocar. The Government does not oppose the motion, and the court conducted a hearing on the motion on December 13, 2011. During the hearing, the court indicated its inclination to grant the motion, provided that counsel submitted an affidavit supporting the proffers he made during the hearing. Counsel further orally requested that, should the court grant his motion to withdraw, it appoint counsel to represent Defendant Wilson. The court explained that Defendant would need to supply a financial affidavit to the court to support this request. Counsel has submitted both affidavits discussed at the hearing, and having reviewed them, the court will grant the motion to withdraw and appoint the Federal Defender Office to represent Defendant Wilson.

     With respect to the motion to withdraw, the court is satisfied with counsel's explanation that "beyond just financial issues that would severely prejudice this writer and his law firm, personal issues also exist between Mr. Wilson, his family, and defense counsel's firm which prevent the Law Offices of Jeffery A. Cojocar, P.C. from being able to proceed forward in representing Mr. Wilson in this matter." (Mot. at 1.) Although this

situation is unique, the court is persuaded that continued representation would unreasonably burden counsel's law practice, and potentially interfere with the effective representation of Defendant Wilson. Moreover, having reviewed Defendant's financial affidavit, the court concludes he is unable to afford Mr. Cojocar's services in any event. The court will therefore grant his oral request to appoint counsel. Accordingly,

IT IS ORDERED that Mr. Cojocar's motion for withdrawal of attorney [Dkt. # 65] is GRANTED.

IT IS FURTHER ORDERED that the Federal Defender Office, 613 Abbott, 5th Floor, Detroit, Michigan, 48226, telephone number (313) 967-5542, is APPOINTED to represented Defendant in this case. Such representation shall continue unless terminated by (1) order of the court; (2) appointment of substitute counsel; or (3) appearance of retained counsel. Upon the appearance of new counsel, the court will reschedule the January 5, 2012, status conference.

        s/Robert H. Cleland  
        ROBERT H. CLELAND  
        UNITED STATES DISTRICT JUDGE

Dated: December 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 30, 2011, by electronic and/or ordinary mail.

        s/Lisa Wagner  
        Case Manager and Deputy Clerk  
        (313) 234-5522