**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                              Case No. 10-20581

JOHN WILSON,

    Defendant.
                                                   /

**ORDER GRANTING IN PART DEFENDANT'S**
**MOTION TO SET ASIDE THE PROTECTIVE ORDER**

Before the court is Defendant's motion to set aside the current protective order. The motion has been fully briefed, and the court has heard argument, on the record, regarding the motion at two status conferences. The Government has provided a proposed protective order which is less restrictive than the one currently in effect. Defendant agrees to the Government's protective order except with respect to the fifth paragraph of the proposed order. For the reasons stated on the record on June 28, 2012, the court finds that paragraph five is reasonable, and the court will thus enter the version submitted by the Government. The court emphasizes, however, that the parties are free to continue to negotiate the implications of that paragraph on a case-by-case situation. Should Defendant come to believe that he needs to "disseminate" discovery to a particular person, he can seek a stipulation from the Government to do so with respect to that individual. If agreement cannot be reached, Defendant can seek appropriate direction from the court.[1]  Accordingly,

---

[1] If such a situation arises, defense counsel is directed to contact the court's case manager, who will schedule an immediate telephone conference to discuss the issue.

IT IS ORDERED that Defendant's motion to set aside the protective order [Dkt. # 76] is GRANTED IN PART and a substitute protective order will be entered in the form suggested by the Government.

                                               s/Robert H. Cleland_____
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: June 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 29, 2012, by electronic and/or ordinary mail.

                                               s/Lisa Wagner_____
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522